IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NEWTOK VILLAGE, and NEWTOK
VILLAGE COUNCIL

    - Petitioners,

vs.

ANDY T. PATRICK, JOSEPH TOMMY,
and STANLEY TOM,

    - Defendants.

**AFFIDAVIT OF TOM JOHN**

Case No. 4:15-cv-00009-RRB

STATE OF ALASKA )
                             ) ss
NEWTOK               )

I, Tom John, upon being duly sworn state as follows:

    1)    I am the Tribal Administrator for the Newtok Village, a federally recognized Indian tribe located in Southwest Alaska.

    2)    On or about November 4, 2015, I received a copy of the's Court ORDER OF DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION AGAINST ANDY T. PATRICK, JOSEPH TOMMY, AND STANLEY TOM, issued by the above captioned court in Case No. 4:15-cv-009-RRB on November 4, 2015.

    3) On November 5, 2015 I personally delivered copies of the same ORDER OF DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION AGAINST ANDY T. PATRICK, JOSEPH TOMMY, AND STANLEY TOM upon Andy T. Patrick, Joseph Tommy, And Stanley Tom, who are personally known to me.

                                                         Tom John

Sworn and Subscribed before me this
___10___ day of __NOV__, 2015.

_____
Notary Public for the State of Alaska.
My Commission expires on __Indefinite__