IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEWTOK VILLAGE, and NEWTOK VILLAGE COUNCIL<br><br>- Petitioners,<br><br>vs.<br><br>ANDY T. PATRICK, JOSEPH TOMMY, and STANLEY TOM,<br><br>- Defendants. | **AFFIDAVIT OF TOM JOHN** |

Case No. 4:15-cv-00009-RRB

STATE OF ALASKA ) 
) ss
NEWTOK )

I, Tom John, upon being duly sworn state as follows:

1) I am the Tribal Administrator for the Newtok Village, a federally recognized Indian tribe located in Southwest Alaska.

2) On November 5, 2015 I personally delivered copies of the same ORDER OF DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION AGAINST ANDY T. PATRICK, JOSEPH TOMMY, AND STANLEY TOM upon Andy T. Patrick, Joseph Tommy, And Stanley Tom, who are personally known to me.

3) To date, the Defendants, Andy T. Patrick, Joseph Tommy and Stanley Tom have not turned over the Newtok Village records and equipment in their possession.

_____
Tom John

Sworn and Subscribed before me this
28 day of Nov., 2015.

_____
Notary Public for the State of Alaska.