IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

NEWTOK VILLAGE, and NEWTOK
VILLAGE COUNCIL,

        Petitioners,

vs.

ANDY T. PATRICK, JOSEPH TOMMY, and
STANLEY TOM,

        Defendants.

Case No. 4:15-cv-00009-RBB

## AFFIDAVIT OF CATHRINE CONKLIN

STATE OF ALASKA       )
                                 )§
FOURTH JUDICIAL DISTRICT   )

    I, Cathrine Conklin, being duly first sworn upon oath, depose and state I am over the age of eighteen (18) years and fully competent to testify in every way and, if called to do so in court, would testify as follows:

    1.    I am the office manager for Gazewood & Weiner, P.C. As such I am responsible for handling our client billing.

    2.    Newtok Village is a client of the firm. The attached billings are true and correct copies of billing for this client.

    3.    The attached copies are redacted copies of Newtok Village billings due to our firm representing Newtok on other matters.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*/s/ Cathrine Conklin*

CATHRINE CONKLIN

GAZEWOOD &
WEINER, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Sworn and subscribed before me this 3rd day of December, 2015.

Kristini Story

Notary Public for the State of Alaska.
My commission expires on 2·22·17



**GAZEWOOD &
WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel : (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com