IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEWTOK VILLAGE, and NEWTOK VILLAGE COUNCIL<br><br>    Petitioners,<br><br>vs.<br><br>ANDY T. PATRICK, JOSEPH TOMMY, and STANLEY TOM,<br><br>    Defendants. | Case No. 4:15-cv-0009-RRB<br><br>**ORDER GRANTING MOTION FOR ATTORNEY FEES AND COSTS** |

UPON motion by Newtok Village for an award of attorney fees and costs and it appearing from the record in this matter that the Defendants have engaged in bad faith, and outrageous and vexatious conduct,

**IT IS HEREBY ORDERED**, that Newtok Village's motion for attorney fees and costs is hereby **GRANTED**. The Defendants Andy T. Patrick, Joseph Tommy and Stanley Tom are hereby ordered and directed to pay the Newtok Village costs in the amount of $403.57 and attorney fees in the amount of $6,130.00 for a total judgment award in favor of Newtok Village in the amount of $6,533.57 with post-judgment interest in the amount of

3.75% per annum running from the date of entry of this order, such Defendants being jointly and severally liable for such.

**LET EXECUTION ISSUE.**

**IT IS SO ORDERED** this 12th day of January, 2016.

                                                S/RALPH R. BEISTLINE
                                                UNITED STATES DISTRICT JUDGE