**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

NEWTOK VILLAGE, et al.,
    Plaintiff,

Case Number 4:15-cv-00009-RRB

v.

ANDY T. PATRICK, et al.,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT Default Judgment be entered for Plaintiffs, Newtok Village and Newtok Village Council, against Defendants, Andy T. Patrick, Joseph Tommy, and Stanley Tom. Plaintiffs recover of Defendants', attorney's fees in the amount of $ 6,130.00 and plaintiffs' cost of action in the amount of $403.57 for a total judgment of $6,533.57 with post-judgment interest in the amount of 3.75% per annum running from 1/12/16, such Defendants being jointly and severally liable for such.

APPROVED:

S/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United State District Judge

Date: January 13, 2016

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                  Lesley K. Allen
                                  Lesley K. Allen,
              District Court Executive/Clerk of Court

[Jmt1-with fees and costs - rev. 9-9-15]