IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NEWTOK VILLAGE, and NEWTOK
VILLAGE COUNCIL,

                Petitioners,

vs.

ANDY T. PATRICK, JOSEPH TOMMY, and
STANLEY TOM,

                Defendants.

Case No. 4:15-cv-00009-RRB

## **CERTIFICATE OF SERVICE**

    I, Kristine Story, Paralegal for Gazewood & Weiner, Attorneys at Law, hereby certify that that a true and correct copy of the Motion for Award of Attorney Fees and Costs, Memorandum in Support of Motion for Award of Attorney Fees and Costs, Affidavit of Cathrine Conklin, Redacted Billings, and Proposed Order Granting Motion for Award of Attorney Fees and Costs was electronically filed with the Federal Court and by mail to the following parties on December 4, 2015:

                Andy T. Patrick
                PO Box 5545
                 Newtok, AK  99559

                Joseph Tommy
                PO Box 5545
                Newtok, AK 99559

                 Stanley Tom
                PO Box 5545
                Newtok, AK 99559

    Dated on the 4th day of December, 2015, at Fairbanks, Alaska.

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.:  (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

/s/ Michoeh Ahseln
Michoeh Ahseln
Paralegal for Michael J. Walleri

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was electronically filed and was ☒ mailed ☐ e-mail ☐ hand-delivery to the following:

Andy Patrick
PO Box 5545
Newtok, AK  99559

Joseph Tommy
PO Box 5545
Newtok, AK  99559

Stanley Tom
PO Box 5545
Newtok, AK  99559

Dated:3/18/16   By:/s/ Michoeh Ahseln

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com