# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  NEWTOK VILLAGE, et al.  </u>  v.  <u> ANDY T. PATRICK, et al. </u>

LESLEY K. ALLEN, DISTRICT COURT EXECUTIVE/CLERK OF COURT

DEPUTY CLERK                              CASE NO.<u>  4:15-cv-00009-RRB </u>

<u> Brenda Kappler </u>

PROCEEDINGS: **CLERK'S NOTICE**                    DATE: March 21, 2016

      The Application for Writ of Execution does not comply with the requirements of Fed. R. Civ.P. 69. Specifically an individual writ for each defendant is required. Counsel may lodge the individual writs by attaching them to a Notice of Lodging.
      In light of these deficiencies the writ will not be issued.