IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NEWTOK VILLAGE, and NEWTOK VILLAGE COUNCIL,

    Petitioners,

vs.

ANDY T. PATRICK, JOSEPH TOMMY, and STANLEY TOM,

    Defendants.

Case No. 4:15-cv-00009-RRB

## Notice of Lodging of Writs of Execution

COMES NOW, the Petitioners to give notice of the lodging of writs of execution for the following Defendants in the above captioned matter, as follows:

ANDY T. PATRICK

JOSEPH TOMMY

STANLEY TOM

Respectfully submitted this ___30___ day of ___March___, 2016

_/s/ Michael J. Walleri_ (ABA #7906060)
GAZEWOOD & WEINER, PC
1008 16th Ave., Suite 200
Fairbanks, AK 99701
tel: (907) 452-5196
fax: (907) 456-7058
walleri@gci.net
Attorney for Plaintiffs

GAZEWOOD & WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.:(907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com