IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NEWTOK VILLAGE, and NEWTOK
VILLAGE COUNCIL,

                     Petitioners,

vs.

ANDY T. PATRICK, JOSEPH TOMMY, and
STANLEY TOM,

                     Defendants.

Case No. 4:15-cv-00009-RRB

## WRIT OF EXECUTION

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On January 13, 2016 a judgment was entered in the docket of the above-entitled court and action, in favor of Plaintiff, Newtok Village as judgment creditor and and against Defendant Andy T. Patrick as judgment debtor. The judgment was for:

$ 6,130.00 principal (attorney fees)

$ 403.57 costs against Plaintiffs

$6,533.57 JUDGMENT AS ENTERED

According to a filed declaration of costs after judgment, the following sums have accrued since the entry of judgment:

$42.28 accrued interest, computed at 3.75%.

$ 0.00 accrued costs, for a total amount of

$42.28 ACCRUED INTEREST AND COSTS

CREDIT must be given for payments and partial satisfaction in the amount of:

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks,
Alaska 99701
Tel.:(907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

$0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $6,575.75 ACTUALLY DUE on this date. Of this total, $6,533.57 is the amount of the original judgment as entered still remaining due and bearing interest at 3.75% in the amount of $.77125 per day from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further commanded to make the amount of said judgment, interest, and increased costs out of their real property.

DATED _____
By:
_____
[SEAL] Deputy Clerk

**GAZEWOOD & WEINER, PC**

1008 16th Avenue
Suite 200
Fairbanks,
Alaska 99701
Tel.:(907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com