UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NEWTOK VILLAGE and NEWTOK VILLAGE COUNCIL, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ANDY T. PATRICK; et al., <br><br> Defendants - Appellants. | No. 21-35230 <br><br> D.C. No. 4:15-cv-00009-RRB <br> U.S. District Court for Alaska, Fairbanks <br><br> **MANDATE** |

The judgment of this Court, entered December 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7