IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NEWTOK VILLAGE, and NEWTOK VILLAGE COUNCIL,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>ANDY T. PATRICK; JOSEPH TOMMY; and STANLEY TOM,<br><br>　　　　　Defendants. | Case No. 4:15-cv-00009-RRB<br><br>**ORDER OF DISMISSAL** |

　　　　Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit, at Dockets 82 and 83, this matter is hereby DISMISSED without prejudice, each party to bear its own costs and fees on appeal.

　　　　IT IS SO ORDERED this 19th day of January, 2022, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　*/s/ Ralph R. Beistline*
　　　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge