# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| NEWTOK VILLAGE COUNCIL<br>*Plaintiff*<br>v.<br>ANDY T. PATRICK, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 4:15-cv-00009-RRB |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Pursuant to the Order of the United States Court of Appeals for the Ninth Circuit, the default judgment, permanent injunction, and the March 26, 2021, order awarding attorney fees are vacated. This matter is hereby DISMISSED without prejudice, each party to bear its own costs and fees on appeal.

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
Senior United States District Judge

Date: January 20, 2022

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*